IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:13-cv-917-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Amy C. Durbin, Dustin L. Durbin, | ) | |
| Shelby Lynn Durbin, and Amber B. | ) | |
| Kirby, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Judge Anderson has scheduled a status conference in the above case for Wednesday, July 31, 2013 at 11 a.m. The court will conduct the conference by telephone and will initiate the call.

The court directs the defendants to complete the attached contact information sheet and to mail the sheet to this court in the enclosed self-addressed envelope. The court further directs the defendants to call Brian Shropshire, this court's civil case manager, and to provide him with a phone number where they can be reached for purposes of the July 31st status conference. His telephone number is (803)253-3478.

IT IS SO ORDERED.

July 12, 2013                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge

## CONTACT INFORMATION

Name            _____

Address         _____

                _____

Phone
Numbers         _____ (work)   _____ (home)

Phone Number for 11 a.m.
on July 31, 2013                    _____