IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Life Insurance Company, | ) | C/A No.: 3:13-cv-917-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Amy C. Durbin, Dustin L. Durbin, Shelby Lynn Durbin, and Amber B. Kirby, | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Judge Anderson has rescheduled the status conference in the above case. The status conference will now be conducted on Thursday, August 29, 2013 at 10 a.m. The court will conduct the conference by telephone and will initiate the call.

The court directs the defendants to update their contact information with Brian Shropshire, this court's civil case manager, if the number where they can be reached for the August 29th call is different from the earlier contact information that they provided to the court. Mr. Shropshire's telephone number is (803)253-3478.

IT IS SO ORDERED.

July 23, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge